# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY RILEY, | ) Case No. 8:19-cv-00841-JVS-JDE |
| Plaintiff, | ) **ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| ACCURATE BACKGROUND, LLC, | ) Complaint Served: May 28, 2019 |
| Defendant. | ) |

## ORDER

In accordance with the Parties' Rule 41 Stipulation For Dismissal With Prejudice, and good cause appearing, the Court hereby approves the Stipulation. IT IS HEREBY ORDERED that the above-mentioned matter is dismissed with prejudice. Each party will bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

DATED: August 22, 2019

_____
Honorable James V. Selna
United States District Judge

[PROPOSED] ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE

58245354v.2